LUTHER B. COOLEY, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued March 18, 1873; decided June term, 1873.)

DECIDED upon the facts in the case.

*A. P. Laning* for the appellant.

*John C. Strong* for the respondent.

LOTT, Ch. C., reads for affirmance.
All concur; JOHNSON, C., not sitting.
Judgment affirmed.